# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOLMAN, THOMAS C. | EASTERN DISTRICT OF CALIFORNIA | 11/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE FULL TIME | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

UNITED STATES BANKRUPTCY COURT
501 I STREET, SUITE 3-200
SACRAMENTO, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 11/05/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 11/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA (3 ACCTS) | A | Interest | L | T | | | | | |
| 2. BANK OF AMERICA ACCOUNT (Trust 1) | A | Interest | M | T | | | | | |
| 3. BANK OF AMERICA ACCOUNT (Trust 2) | A | Interest | J | T | Open | 06/27/12 | J | | SEE PART VIII |
| 4. COST (IRA NO. 1) | C | Dividend | K | T | | | | | |
| 5. SWY (IRA NO. 1) | B | Dividend | | | Sold | 09/06/12 | K | A | |
| 6. TGVAX (IRA NO. 1) | A | Dividend | | | Sold | 09/06/12 | L | E | |
| 7. THCGX (IRA NO. 1) | A | Dividend | M | T | Buy (add'l) | 09/06/12 | L | | |
| 8. ABALX (IRA NO. 1) | D | Dividend | N | T | | | | | |
| 9. AGTHX (IRA NO. 1) | B | Dividend | N | T | | | | | |
| 10. BRCLCAB (457B PLAN NO. 1) | A | Int./Div. | K | T | | | | | |
| 11. MDCPIND (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 12. MS EAFE (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 13. RUS IND (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 14. STK IND (457B PLAN NO. 1) | A | Int./Div. | L | T | | | | | |
| 15. ▓▓▓▓ (IRA NO. 1) | | None | J | T | | | | | |
| 16. DREYFUS OPPORTUNISTIC MIDCAP VALUE - DMCVX (IRA NO. 2) | A | Dividend | J | T | | | | | |
| 17. SYMETRA LIFE INSURANCE CO. | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 11/05/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  DREYFUS LIQUID ASSETS - DLAXX (IRA NO. 2) | | None | J | T | | | | | |
| 19.  JACKSON NATIONAL LIFE INSURANCE CO. - ANNUITY (SEP IRA NO. 2 | A | Interest | J | T | | | | | |
| 20.  TRMXX (IRA NO. 1) | A | Dividend | N | T | | | | | |
| 21.  TRMXX (IRA NO. 2) | A | Dividend | L | T | | | | | |
| 22.  SCHWAB BANK MONEY MARKET ACCOUNT | | None | J | T | | | | | |
| 23.  SCHWAB BANK CHECKING ACCOUNT | A | Interest | K | T | | | | | |
| 24.  RENTAL PROPERTY #1 (SANTA CRUZ, CA) (Trust 1) | | None | P1 | Q | | | | | SEE PART VIII |
| 25.  RENTAL PROPERY #2 (SANTA CRUZ, CA) (Trust 1) | | None | N | Q | | | | | SEE PART VIII |
| 26.  FRANKLIN TEMPLETON (FKTFX) (Trust 2) | D | Dividend | M | T | | | | | SEE PART VIII |
| 27.  PUTNAM CA TAX EXEMPT INCOME A (PCTEX) (Trust 2) | D | Dividend | N | T | | | | | SEE PART VIII |
| 28.  PUTNAM GROWTH & INCOME A (PGRWX) (Trust 2) | B | Dividend | L | T | | | | | SEE PART VIII |
| 29.  WELLS FARGO (3 ACCTS) | A | Interest | K | T | | | | | |
| 30.  RKT (IRA NO. 2) | A | Dividend | J | T | | | | | |
| 31.  _____ (IRA NO. 2) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 11/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 3 --- THE INTEREST INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE VALUE OF $100.00. ⬚ IS A TRUSTEE OF Trust 2.

PART VII, LINE 24 --- THE RENTAL PROPERTY YEAR-END VALUE REPRESENTS 100% OWNERSHIP OF THE APPRAISAL VALUE OF $1,032,000 WHICH WAS PERFORMED ON 11/03/2009. ⬚ IS A TRUSTEE AND BENEFICIARY OF Trust 1.

PART VII, LINE 25 --- THE RENTAL PROPERTY YEAR-END VALUE REPRESENTS 100% OWNERSHIP OF THE APPRAISAL VALUE OF $362,000 WHICH WAS PERFORMED ON 11/03/2009. ⬚ IS A TRUSTEE AND BENEFICIARY OF Trust 1.

PART VII, LINE 26 --- THE DIVIDEND INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE VALUE OF $231,585. THE OWNERSHIP OF THIS INVESTMENT WAS TRANSFERRED FROM Trust 1, TO Trust 2. ⬚ IS A TRUSTEE OF BOTH TRUSTS.

PART VII, LINE 27 --- THE DIVIDEND INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE VALUE OF $292,149. THE OWNERSHIP OF THIS INVESTMENT WAS TRANSFERRED FROM Trust 1 TO Trust 2. ⬚ IS A TRUSTEE OF BOTH TRUSTS.

PART VII, LINE 28 --- THE DIVIDEND INCOME AND YEAR-END VALUE REPRESENT 100% OWNERSHIP OF THE TOTAL INCOME AND THE VALUE OF $78,859. THE OWNERSHIP OF THIS INVESTMENT WAS TRANSFERRED FROM Trust 1 TO Trust 2. ⬚ IS A TRUSTEE OF BOTH TRUSTS.

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 11/05/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ THOMAS C. HOLMAN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544